838

No. 93, Misc. WILSON v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Dick Young* for petitioner.

No. 95, Misc. ATWOOD v. WARDEN, MARYLAND HOUSE OF CORRECTION. Court of Appeals of Maryland. Certiorari denied. *Joseph Kadans* for petitioner.

No. 97, Misc. PIERCE v. SMITH, SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 111, Misc. CAMPBELL v. EIDSON, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 112, Misc. ISRAEL ET AL. v. CALIFORNIA. District Court of Appeal, 4th Appellate District, of California. Certiorari denied.

No. 113, Misc. JOHNSON v. RAGEN, WARDEN, ET AL. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 114, Misc. WINKENSON v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 115, Misc. BAID v. MILLER, WARDEN. Supreme Court of Wyoming. Certiorari denied.

No. 117, Misc. STEVENS v. HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 120, Misc. GOODMAN v. IOWA. Supreme Court of Iowa. Certiorari denied.